# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KEVIN PADGETT | **JUDGMENT IN A CRIMINAL CASE**<br>(for **Revocation** of Probation or Supervised Release)<br><br>Case Number: 00-CR-40004-JPG-1<br>USM Number: 04984-025<br><br>**MELISSA A. DAY**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>As listed below</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | The offender committed the offense of Defrauding Drug and Alcohol Screening Tests. | 8/10/2018 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 2500

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Ava, Illinois

February 28, 2019
Date of Imposition of Judgment

*(signature)*
Signature of Judge

J. Phil Gilbert, U.S. District Judge
Name and Title of Judge

Date Signed: 3-1-2019

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory | The offender committed the offenses of Possession of a Controlled Substance. | 12/28/2018 |
| | The offender admitted to unlawfully possessing a controlled substance, marihuana, on or about August 2, 2018. | 8/10/2018 |
| | The offender unlawfully possessed a controlled substance, in that he tested positive for methamphetamine by urinalysis. | 8/10/2018 |
| | The offender admitted to unlawfully possessing a controlled substance, marihuana, on or about September 11, 2018. | 9/18/2018 |
| | The offender admitted to unlawfully possessing a controlled substance, marihuana, on or about October 29, 2018. | 11/8/2018 |
| Standard #2 | The offender failed to submit a written report within the first ten days for the month of September 2018. | 9/2018 |
| | The offender failed to submit a written report for July 2018, October 2018, and November 2018. | 11/2018 |
| Standard #3 | The offender failed to follow the instructions of the probation officer, in that he failed to enter inpatient substance abuse treatment as instructed. | 11/19/2018 |
| Standard #7 | The offender admitted to using alcohol to excess on August 6, 2018. | 8/7/2018 |
| Special | The offender failed to make monthly payments as ordered during the following months: July 2018, August 2018, September 2018, October 2018, November 2018, and December 2018. | 12/2018 |
| | The offender failed to participate in a program for substance abuse, in that he failed to report for counseling on the following dates: June 13, 2018, October 24, 2018, November 14, 2018, and November 19, 2018. | 11/19/2018 |

DEFENDANT: Kevin Padgett
CASE NUMBER: 00-cr-40004-JPG-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **30 months in Bureau of Prison with no Supervised Release.**
**This term of imprisonment imposed shall run concurrently to the term of 24 months imposed in 18-CR-40005-JPG.**

- ☐ The court makes the following recommendations to the Bureau of Prisons:

- ☒ The defendant is remanded to the custody of the United States Marshal.
- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ ☐ a.m. ☐ p.m. on
  - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2 p.m. on
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL